IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARKEVIAN HARRIS,

        Petitioner,

v.           4:11cv298-WS

SECRETARY KENNETH S. TUCKER,

        Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 28, 2011.  See Doc. 7.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied as untimely.  The petitioner has filed objections (doc. 8) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DENIED as untimely.

3. The clerk shall enter judgment stating: "All claims are DISMISSED as untimely."

4. A certificate of appealability shall not issue.

DONE AND ORDERED this   5th   day of    January   , 2012.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE